UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALLEN R. BOUDREAUX, GENE R. CLOUATRE, and JAMES B. RUTLAND,<br>    Plaintiffs<br><br>V.<br><br>DEUTSCHE BANK AG, DEUTSCHE BANK SECURITIES, INC. d/b/a DEUTSCHE BANK ALEX BROWN, a division of DEUTSCHE BANK SECURITIES, INC., GRESHAM FINANCIAL PARTNERS, WATERFORD CAPITAL INVESTORS AND GRAVIER FINANCIAL, LTD.,<br>    Defendants | CIVIL ACTION<br><br>SUIT NO. 07-03860<br><br>"T"<br>SECTION:   "_C_"<br><br>MAGISTRATE: "3" |

### ORDER OF DISMISSAL WITH PREJUDICE

The Court having considered the record and the Stipulation of Dismissal with Prejudice filed by the parties:

IT IS HEREBY ORDERED that the above-captioned matter is hereby dismissed WITH PREJUDICE, with all parties bearing their own costs.

Signed this 29th day of February, 2008.

JUDGE, G. THOMAS PORTEOUS, JR.
EASTERN DISTRICT OF LOUISIANA